**STATE v. SIMPSON**

[357 N.C. 652 (2003)]

STATE OF NORTH CAROLINA v. DAVID VERNON SIMPSON

No. 431A03

(Filed 5 December 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. ——, 583 S.E.2d 714 (2003), finding no error in a judgment entered 20 May 2002 by Judge Loto G. Caviness, in Superior Court, Henderson County. Heard in the Supreme Court 19 November 2003.

*Roy A. Cooper, Attorney General, by Kimberly Elizabeth Gunter, Associate Attorney General, for the State.*

*Smith Moore, L.L.P., by James G. Exum, Jr.; and Mary Exum Schaefer for defendant-appellant.*

PER CURIAM.

AFFIRMED.